**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| OWNERS INSURANCE COMPANY and AUTO-OWNERS INSURANCE COMPANY, v. COMPLETE MECHANICAL SERVICES, INC., THOMAS FLYNN, and MICHAEL EHRHARDT, | FILED: JULY 24, 2008<br>08CV4201<br>JUDGE SHADUR<br>MAGISTRATE JUDGE COLE<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

OWNERS INSURANCE COMPANY and AUTO-OWNERS INSURANCE COMPANY

| NAME (Type or print) |
|---|
| ROBERT MARC CHEMERS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Robert Marc Chemers |
| FIRM |
| PRETZEL & STOUFFER, CHARTERED |
| STREET ADDRESS |
| ONE SOUTH WACKER DRIVE, SUITE 2500 |
| CITY/STATE/ZIP |
| CHICAGO, ILLINOIS  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 00431508 | (312) 578-7548 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |