**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-CV-4201 |
|---|---|
| OWNERS INSURANCE COMPANY and AUTO-OWNERS INSURANCE COMPANY, v. COMPLETE MECHANICAL SERVICES, INC., THOMAS FLYNN, and MICHAEL EHRHARDT, | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

OWNERS INSURANCE COMPANY and AUTO-OWNERS INSURANCE COMPANY

| NAME (Type or print) |
|---|
| CHRISTOPHER C. CASSIDY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Christopher C. Cassidy |
| FIRM |
| PRETZEL & STOUFFER, CHARTERED |
| STREET ADDRESS |
| ONE SOUTH WACKER DRIVE, SUITE 2500 |
| CITY/STATE/ZIP |
| CHICAGO, ILLINOIS 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6273455 | (312) 578-7562 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐