063967.0014(207)                    RMC:ddm                          #397

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **OWNERS INSURANCE COMPANY**<br>**and AUTO-OWNERS INSURANCE**<br>**COMPANY,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **No.    08-CV-4201**<br>**Judge Shadur** |
| **COMPLETE MECHANICAL SERVICES,**<br>**INC., THOMAS FLYNN and MICHAEL**<br>**EHRHARDT,** | ) ) ) ) | |
| **Defendants.** | ) | |

### <u>NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANT</u>

Now come the Plaintiffs, Owners Insurance Company and Auto-Owners Insurance

Company, by their attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure give notice of the dismissal

of their action against Defendant Michael Ehrhardt, who has not appeared and has not

answered. The action shall proceed as to the remaining Defendants.

**s/ Robert Marc Chemers**
Robert Marc Chemers Bar Number: 00431508
***Attorneys for Plaintiff***
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone:    (312) 578-7548
Fax:              (312) 346-8242
E-Mail:        rchemers@pretzel-stouffer.com

063967.0014(207)                    RMC:ddm                          #397

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **OWNERS INSURANCE COMPANY**<br>**and AUTO-OWNERS INSURANCE**<br>**COMPANY,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **No.   08-CV-4201** |
| | ) | **Judge Shadur** |
| **COMPLETE MECHANICAL SERVICES,**<br>**INC., THOMAS FLYNN and MICHAEL**<br>**EHRHARDT,** | ) ) ) | |
| **Defendants.** | ) ) ) | |

### STIPULATION

1.      That Owners Insurance Company and Auto-Owners Insurance Company filed a Complaint for Declaratory Judgment seeking a declaration that they are not liable under their policis of insurance to defend Complete Mechanical Services, Inc. and Thomas Flynn for actions pending in certain courts.

2.      That Michael Ehrhardt has been joined as a Defendant in the declaratory judgment action as an interested party to the extent that he may be interested in the coverage dispute.

3.      That Michael Ehrhardt hereby stipulates and agrees to be bound by any judgment rendered or ordered in this action.

4.    That pursuant to this Stipulation, the Plaintiff insurers will voluntarily dismiss Michael Ehrhardt from this action.

PRETZEL & STOUFFER, CHARTERED

BY: _____

Robert Marc Chemers

Robert Marc Chemers
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, IL 60606
(312) 578-7548
*Attorneys for Plaintiff*

MIRABELLA, KINCAID, FREDERICK,
& MIRABELLA, P.C.

By: _____

George S. Frederick

George S. Frederick
MIRABELLA, KINCAID, FREDERICK,
& MIRABELLA
1737 South Naperville Road
Suite 100
Wheaton, Illinois  60187
(630) 665-7300
*Attorneys for Michael Ehrhardt*

2

## CERTIFICATE OF SERVICE

A copy of the Notice of Dismissal as to Certain Defendant and Stipulation was filed electronically on August 13, 2008.

**s/ Robert Marc Chemers**

Robert Marc Chemers Bar Number: 00431508

***Attorneys for Plaintiff***

PRETZEL & STOUFFER, CHARTERED

One South Wacker Drive

Suite 2500

Chicago, Illinois 60606

Telephone:　(312) 578-7548

Fax:　　　　(312) 346-8242

E-Mail:　　rchemers@pretzel-stouffer.com
