# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: 08 C 4201 |
| OWNERS INSURANCE COMPANY, *et al.* v. | Judge Shadur |
| COMPLETE MECHANICAL SERVICES, INC., *et al.* | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**COMPLETE MECHANICAL SERVICES, INC.**

| |
|---|
| NAME (Type or print) <br> Cornelius F. Riordan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Cornelius F. Riordan |
| FIRM Riordan, Donnelly, Lipinski & McKee, Ltd. |
| STREET ADDRESS 10 N. Dearborn Street, Fourth Floor |
| CITY/STATE/ZIP Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> IL ARDC 2342634 | TELEPHONE NUMBER <br> (312) 589-6010 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐